

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-12-00953-CV

**Clarence Stumhoffer, Heir of the Estate of Robert Brian Stumhoffer, Deceased**

**v.**

**Daniel Perales and Erin Perales**

NO. 390174401 IN THE PROBATE COURT NO 4 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 10/09/2014 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/21/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 05/17/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 05/13/2013 | E-PAID | ANT |
| SUPP CLK RECORD | UNKNOWN | 05/10/2013 | PAID | ANT |
| MT FEE | $10.00 | 04/30/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 04/30/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 04/25/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 04/25/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 04/24/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 04/24/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 04/24/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 04/22/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 04/22/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 04/12/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 04/12/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 03/24/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 02/25/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 02/19/2013 | E-PAID | ANT |

| | | | | |
|---|---|---|---|---|
| MT FEE | $10.00 | 02/19/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 01/30/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 01/30/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 11/27/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/27/2012 | E-PAID | ANT |
| REPORTER'S RECORD | $204.00 | 11/16/2012 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/14/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/06/2012 | E-PAID | ANT |
| SUPP CLK RECORD | $44.00 | 11/02/2012 | PAID | APE |
| E-TXGOV FEE | $5.00 | 11/01/2012 | E-PAID | ANT |
| FILING | $175.00 | 10/29/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/29/2012 | E-PAID | ANT |
| CLERK RECORD | $198.00 | 10/18/2012 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $806.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this December 4, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**